UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-107-WFN-12 |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION AND |
| | ) | MODIFYING CONDITIONS OF |
| v. | ) | RELEASE |
| | ) | |
| CODY LEE POOLE, | ) | ☑ Motion Denied |
| | ) | **(ECF No. 820)** |
| Defendant. | ) | |

The Defendant's Motion to Modify **(ECF No. 820)** is **DENIED.** However, the Defendant's conditions of release are modified as follows:

1. Defendant may be employed if he has approval from his treatment provider and Pretrial Services.

2. Defendant may attend additional AA or NA meetings.

3. Club membership is allowed if scheduled through Pretrial Services.

4. Defendant may have more scheduled visitations with family as approved by Pretrial Services.

All other conditions of release remain in effect.

**IT IS SO ORDERED.**

DATED February 28, 2012.

                S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION AND MODIFYING CONDITIONS OF RELEASE - 1