UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-11-107-WFN-12 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING IN PART |
| v. | ) | DEFENDANT'S MOTION TO MODIFY |
| | ) | |
| CODY LEE POOLE, | ) | ☑   MOTION DENIED |
| | ) |     **(ECF No. 885)** |
| Defendant. | ) | |

Date of bail review hearing: **May 1, 2012.**

    **IT IS ORDERED** Defendant's Motion to modify **(ECF No. 885)** is **GRANTED** in part. Defendant shall no longer be subject to electronic monitoring; the condition of home detention remains. However, Pretrial Services is given discretion to permit more time away from the home for family and other activities.

    DATED May 2, 2012.

                      S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY - 1