UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | NO.   CR-11-0107-WFN-12 |
| -vs- | ) ) | ORDER MODIFYING |
| CODY LEE POOLE, | ) ) | CONDITIONS OF RELEASE |
| Defendant. | ) ) | |

Pending before the Court is Defendant's Supplemental Motion to Modify Release Conditions (ECF No. 1133). This issue initially was heard by Magistrate Imbrogno, but due to her unavailability at this time, this Court considers the Motion. Magistrate Imbrogno previously ordered that Defendant's proposed new residence be investigated by the pretrial release officer. Upon review of the report and upon no objection from the Government or Defendant's supervising Probation Officer, the Court finds that the move of residence is appropriate.

The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Modify Conditions of Release, filed July 19, 2012, **ECF No. 1024**, is **GRANTED**.

2. Defendant's Supplemental Motion to Modify Release Conditions, September 13, 2012, **ECF No. 1133**, is **GRANTED**.

3. Defendant's conditions of release are **MODIFIED** to permit the Defendant, Cody Poole, to reside with Kyle and Sara Speller at ████████████████████████████.

ORDER MODIFYING CONDITIONS
OF RELEASE - 1

4.  Except as modified above, the present conditions of the Defendant's release shall remain the same, in full force and effect.

The District Court Executive is directed to file this Order and provide copies to counsel, Magistrate Judge Imbrogno **AND TO** United States Probation Officer Anne Sauther.

**DATED** this 17th day of September, 2012.

09-17-12

          s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING CONDITIONS
OF RELEASE - 2