PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Cody Lee Poole            Docket No.    2:11CR00107-012

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Anne Sauther, pretrial services officer, presenting an official report upon the conduct of defendant, Cody Lee Poole, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 5th day of October 2012, under the following conditions:

**Condition #28**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Cody Poole is considered to be in violation of his conditions of pretrial release by failing to provide a urinalysis test on September 21, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/05/2012

by    s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10-05-2012
Date