PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Cody Lee Poole  Docket No. 2:11CR00107-012

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Anne Sauther, pretrial services officer, presenting an official report upon the conduct of defendant, Cody Lee Poole, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 8th day of August 2011, under the following conditions:

**Condition #5:** Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court ordered obligations; or other activities as pre-approved by the U.S. Pretrial Services Office or supervising officer, as well as religious services and medical treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Cody Poole is considered to be in violation of his conditions of pretrial release by leaving his residence on January 23, 2013, to go to the Econo Lodge Inn in Spokane, Washington, to meet Alicia Durbin, the mother to his daughter, without permission from the U.S. Pretrial Services Office.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

RECEIVED
U.S. DISTRICT COURT
JAN 2 8 2013 at 4:23
UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/28/2013

by  s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[V] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Jan. 29, 2013 at 8:00 a.m.
Date